**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| KURT WILLIAM GASTREICH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:25-cv-143-CMS |
| BOLLINGER COUNTY, MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. Plaintiff Kurt William Gastreich has filed a civil action pursuant to 42 U.S.C. § 1983. However, he has not filed an application to proceed in district court without prepaying fees or costs, or paid the filing fee. *See* E.D. Mo. Local Rule 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis"). Plaintiff will therefore be directed to either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **thirty (30) days** of the date of this order. If Plaintiff fails to comply, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to Plaintiff a copy of its "Application to Proceed in District Court without Prepaying Fees or Costs" form.

**IT IS FURTHER ORDERED** that Plaintiff must either file an application to proceed in district court without prepaying fees or costs, or pay the full filing fee within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if Plaintiff fails to either file an application to proceed in district court without prepaying fees or costs, or pay the full filing fee within **thirty (30) days** of the date of this order, the Court will dismiss this action without prejudice and without further notice.

Dated this 14th day of October, 2025.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE